Miguel A. BUSTOS, Appellant
Below, Appellant,

v.

CASTLE CONSTRUCTION OF
DELAWARE, Appellee
Below, Appellee.

No. 428, 2005.

Supreme Court of Delaware.

Submitted: March 8, 2006.
Decided: March 9, 2006.
Revised: March 14, 2006.
Reargument Denied March 27, 2006.

Before STEELE, Chief Justice, HOLLAND, BERGER, JACOBS and RIDGELY, Justices, constituting the Court en Banc.

RANDY J. HOLLAND, Justice.

This 14th day of March 2006, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned decision dated August 31, 2005.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.